# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------X
                                            :
In re                                       :    Chapter 11
                                            :
INSIGHTRA MEDICAL, INC. and                 :    Case No. 17-_____
MODULARE, INC.                              :
                                            :
                               Debtors.     :    (Joint Administration Pending)
---------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE

NEW CASTLE COUNTY

SS:

I, Ty S. Workman, being duly sworn, depose and say:

1. I am employed by DLS Claims Administration, LLC, the solicitation and balloting agent for the Debtor in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On December 21, 2016 I caused a true and correct copy of the following documents to be served upon the parties on the attached list and in the manner indicated:

**BALLOT FOR THE HOLDERS OF CLASS 4 GENERAL UNSECURED CLAIMS**

**DISCLOSURE STATEMENT FOR THE DEBTORS' JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE (EXHIBIT A: PREPACKAGED PLAN; EXHIBIT B: PROJECTIONS)**

Ty S. Workman

SWORN TO AND SUBSCRIBED before me this 25 day of January, 2017.

NOTARY PUBLIC

JEREMY BUZADER
MY COMMISSION
EXPIRES
March 11, 2018
NOTARY PUBLIC
STATE OF DELAWARE

Able Building Maintenance
Dept. 34651
P.O. Box 39000
San Francisco, CA 94139
Certified Mail - Return Receipt
7015 0640 0003 9522 9041

Able Label
310 North Haven Street
Spokane, WA 99202-3808
Certified Mail - Return Receipt
7015 0640 0003 9522 8693

AIM Congress
S.R.L. 20141
Via Giuseppe Ripamonti, 129
Milano, Italy
USPS Priority Express International
EZ 112997952 US

American Hernia Society Ed. Foundation
4582 S. Ulster Street, #201
Denver, CO 80237
Certified Mail - Return Receipt
7015 0640 0003 9522 8921

Ars Chirurgica s.r.l.
Via Della Colombaia, 12
40017 San Giovanni in Persiceto
Bologna, Italy
USPS Priority Express International
EZ 112998051 US

ASAP Document Services
2200 Wilson Blvd., Suite 102-553
Arlington, VA 22201
Certified Mail - Return Receipt
7015 0640 0003 9522 8983

Avalara Inc.
Dept. 16781
Palantine, IL 60055
Certified Mail - Return Receipt
7015 0640 0003 9522 8785

Baxter Healthcare
1 Baxter Parkway
Deerfield, IL 60015
Certified Mail - Return Receipt
7015 0640 0003 9522 8631

BioSurg Inc.
27956 State Hwy 128
Winters, CA 95694-9079
Certified Mail - Return Receipt
7015 0640 0003 9522 8624

Charles Kendall Freight LTD
P. O. Box 54329
Dubai, U.A.E.
USPS Priority Express International
EZ 112997935 US

Cheryl Blake
27392 Capricho
Mission Viejo, CA 92692
Certified Mail - Return Receipt
7015 0640 0003 9522 9034

China MedConnect
14781 Memorial Drive, Suite 1022
Houston, TX 77079
Certified Mail - Return Receipt
7015 0640 0003 9522 9119

Coastal Secure Shredding Inc.
1765 Placentia Avenue, Unit A
Costa Mesa, CA 92627
Certified Mail - Return Receipt
7015 0640 0003 9522 8884

Concur Technologies
100 South Fifth Street, Suite 800
Minneapolis, MN 55402
Certified Mail - Return Receipt
7015 0640 0003 9522 8808

Cox Communications
PO Box 53280
Phoenix, AZ 85072-3280
Certified Mail - Return Receipt
7015 0640 0003 9522 8709

De Lage Landen Financial Services Inc.
PO BOX 41602
Philadelphia, PA 19101-1602
Certified Mail - Return Receipt
7015 0640 0003 9522 8822

Express Logistics
974 Industry Drive
Tukwila, WA 98188
Certified Mail - Return Receipt
7015 0640 0003 9522 9126

FedEX
P. O. Box 7221
Pasadena, CA 91109-7321
Certified Mail - Return Receipt
7015 0640 0003 9522 8914

Flaster Greenberg
1810 Chapel Avenue
West Cherry Hill, NJ 08002-4609
Certified Mail - Return Receipt
7015 0640 0003 9522 8815

Fondazione PTV Policlinico Tor Vergata
Via Oxford, 81
Roma RM 00133, Italy
USPS Priority Express International
EZ 112998017 US

Fragomen Del Rey Bernsen & Loewy LLP
18401 Von Karman Ave., Suite 255
Irvine, CA 92612
Certified Mail - Return Receipt
7015 0640 0003 9522 9003

G & C Company
PO Box 2440
Costa Mesa, CA 92628
Certified Mail - Return Receipt
7015 0640 0003 9522 9027

Gomes Medical Services Group LLC
2 Crabapple Lane
Londonberry, NH 03053-6103
Certified Mail - Return Receipt
7015 0640 0003 9522 8662

Health Canada Accounts Receivable
P/L: 1918B 18th Floor, Room 1804B
Jeanne-Mance Bldg
200 Eglantine Driveway
Tunney's Pasture Ottawa
Ontario, Canada K1A 0K9
USPS Priority Express International
EZ 094683840 US

HerniaMed
c/o Vivantes Klinkum Spandau Klinik fur
Chirurgie – Visceral - und GefaBchirurgie
Neau Bergstrabe 6
Berlin, Germany 13585
USPS Priority Express International
EZ 112998034 US

ICDDIS
1201 Bldg 15
Indra Darshan Phase II
Andheri
West Mumbai, India 400053
USPS Priority Express International
EZ 112997949 US

Infomy Global
6789 Quail Hill Parkway, Suite 301
Irvine, CA 92603
Certified Mail - Return Receipt
7015 0640 0003 9522 8860

InterMed Resources LLC
MCS 410907
PO Box 415000
Nashville, TN 37241-0907
Certified Mail - Return Receipt
7015 0640 0003 9522 8976

IntraLinks Inc.
PO Box 392134
Pittsburgh, PA 15251-9134
Certified Mail - Return Receipt
7015 0640 0003 9522 8679

Italian Society of Hernia
Sede Via Pietro del Prato, 6
Partita IVA 02574170342
Codice fiscale 97366390157
Parma (PR), Italy 43100
USPS Priority Express International
EZ 112998445 US

JML Enterprises
Jeffrey M. Lohre
39701 Ridge Crest Street
Murrieta, CA 92563
Certified Mail - Return Receipt
7015 0640 0003 9522 8716

John H.M. Fairbairn Jr.
48 Chevening Road
London, England NW6 2DE
USPS Priority Express International
EZ 112997983 US

John S. Fairbairn Sr.
Pensbury House
Shaftesbury
Dorset, England SP7 8QJ
USPS Priority Express International
EZ 094683836 US

Kai W. Trompeter
Ascott Park Place
Apt 2807
Sheikh Zayed Road
Dubai, U.A.E.
USPS Priority Express International
EZ 112998428 US

KC Digital Solutions Inc
6191 Cornerstone Court
E BLDG 110
San Diego, CA 92121
Certified Mail - Return Receipt
7015 0640 0003 9522 8990

Keith Grogory Zacher
4143 E. Pasadena Ave.
Phoenix, AZ 85018
Certified Mail - Return Receipt
7015 0640 0003 9522 8556

Lake Region Medical
NW 7174
P. O. Box 1450
Minneapolis, MN 55485-7174
Certified Mail - Return Receipt
7015 0640 0003 9522 8952

Laxmi Khanolkar
9200 Irvine Center Drive, Suite 200
Irvine, CA 92618
Certified Mail - Return Receipt
7015 0640 0003 9522 8877

Life Science Outsourcing Inc.
830 Challenger St.
Brea, CA 92821
Certified Mail - Return Receipt
7015 0640 0003 9522 8600

Logistics Billing Services
PO Box 77128
San Francisco, CA 94107
Certified Mail - Return Receipt
7015 0640 0003 9522 8754

Marcum
1920 Main Street, Suite 950
Irvine, CA 92614
Certified Mail - Return Receipt
7015 0640 0003 9522 8723

McMahon Publishing Group
Attn: Accounts Receivable
545 West 45 Street, 8th Floor
New York, NY 10036
Certified Mail - Return Receipt
7015 0640 0003 9522 8969

Meditrial
Via Savoia, 78 - 198
Roma, Italy 00198
USPS Priority Express International
EZ 112997970 US

Medizinische Universitat Wien
Leitung O. Univ. Prof. Dr. Dr.h.c. Wolfgang Schutz
Spitalgasse 23 A-1090
Wien, Austria
USPS Priority Express International
EZ 094683853 US

Merit Medical
P.O. Box 204842
Dallas, TX 75320-4842
Certified Mail - Return Receipt
7015 0640 0003 9522 8839

Mesa Labs
12100 W. 6th Avenue
Lakewood, CO 80228
Certified Mail - Return Receipt
7015 0640 0003 9522 8778

Namsa
PO Box 710970
Cincinnati, OH 45271-0970
Certified Mail - Return Receipt
7015 0640 0003 9522 9102

Novus Scientific
Virdings Alle 2
Uppsala, Sweden 75450
USPS Priority Express International
EZ 112998065 US

NRAI Corporated Services
PO BOX 4349
Carol Stream, IL 60197-4349
Certified Mail - Return Receipt
7015 0640 0003 9522 9072

O'Neil LLP
19900 MacArthur Blvd., Suite 1050
Irvine, CA 92612
Certified Mail - Return Receipt
7015 0640 0003 9522 8570

Our Lady of the Lake Physician Group LLC
5000 Hennessy Blvd
Baton Rouge, LA 70808
Certified Mail - Return Receipt
7015 0640 0003 9522 9089

Partha Khanolkar
1201 Indra Darshan
Phase 2 Andheri
West Mumbai, India 400053
USPS Priority Express International
EZ 112998431 US

Paul Sebastianutti
Via Allessandro Bustini, 37  - 00124
Roma, Italy
USPS Priority Express International
EZ 112998003 US

Phillippa Reed
11 San Juan Court
Sovereign Harbour
Eastbourne
East Sussex, England BN23 5TP
USPS Priority Express International
EZ 094683822 US

Pinnacle MedTech
9631 Irvine Center Drive
Irvine, CA 92618
Certified Mail - Return Receipt
7015 0640 0003 9522 9010

Plastic & Metal Center
23162 La Cadena Drive
Laguna Hills, CA 92653
Certified Mail - Return Receipt
7015 0640 0003 9522 8747

Premiere Resource
26001 Pala
Mission Viejo, CA 92618
Certified Mail - Return Receipt
7015 0640 0003 9522 8587

Ready Refresh
P.O. Box 856158
Louisville, KY 40285-6158
Certified Mail - Return Receipt
7015 0640 0003 9522 8945

Regus Rome 450
Viale Luca Gaurico 9/11
Rome, Italy 00143
USPS Priority Express International
EZ 112997966 US

Robert W. Baird & Co. Inc.
Finance Department
777 East Wisconsin  Ave
Milwaukee, WI 53202
Certified Mail - Return Receipt
7015 0640 0003 9522 8846

Rogitz
750 B Street, Suite 3120
San Diego, CA 92101
Certified Mail - Return Receipt
7015 0640 0003 9522 8853

Schipper Design
P.O. Bo 1090
San Juan Bautista, CA 95045
Certified Mail - Return Receipt
7015 0640 0003 9522 8617

SEAHEC
Attn: Jenny Barton
2511 Delaney Ave
Wilminton, NC 28403
Certified Mail - Return Receipt
7015 0640 0003 9522 9096

Solistics
PO Box 2440
Costa Mesa, CA 92628
Certified Mail - Return Receipt
7015 0640 0003 9522 8594

Sprig Consulting
1020 Ashland Ave.
Wilmette, IL 60091
Certified Mail - Return Receipt
7015 0640 0003 9522 8938

Sterigenics International Inc.
P. O. Box 93178
Chicago, IL 60673-3178
Certified Mail - Return Receipt
7015 0640 0003 9522 8648

Steve G. Bell
Via Nalles 95
Rome, Italy 00142
USPS Priority Express International
EZ 112997997 US

T-Mobil
P.O. Box 51843
Los Angeles, CA 90051-6143
Certified Mail - Return Receipt
7015 0640 0003 9522 8761

Tokai Medical Products Inc.
1485 Sarayashiki
Taraga-cho
Kasugai-City
Aichi Pref., Japan 486-0808
USPS Priority Express International
EZ 112998048 US

Trump Card Inc
30012 Ivy Glenn Drive, Suite 220
Laguna Niguel, CA 92677
Certified Mail - Return Receipt
7015 0640 0003 9522 8891

UCSD Center for the Future of Surgery
Attn: Nancy Roberts
950 Gilman Drive, Bldg. #845
LaJolla, CA 92023-0740
Certified Mail - Return Receipt
7015 0640 0003 9522 9058

Uline
PO BOX 88741
Chicago, IL 60680-1741
Certified Mail - Return Receipt
7015 0640 0003 9522 8792

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108
Certified Mail - Return Receipt
7015 0640 0003 9522 8686

Wedbush Securities Inc.
Two Embarcardero Center, Suite 600
San Francisco, CA 94111
Certified Mail - Return Receipt
7015 0640 0003 9522 8907

Western Institutional Review Board
Dept. 106901
PO Box 150434
Hartford, CT 06115-0434
Certified Mail - Return Receipt
7015 0640 0003 9522 9065

Westpak Inc.
10326 Roselle Street, Suite 101
San Diego, CA 92121
Certified Mail - Return Receipt
7015 0640 0003 9522 8563

Winten Investments Inc
PO Box 50564
Irvine, CA 92619
Certified Mail - Return Receipt
7015 0640 0003 9522 8730

Xcentric Mold & Engineering
24541 Maplehurst Drive
Clinton Township, MI 48036
Certified Mail - Return Receipt
7015 0640 0003 9522 8655

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
                                             :
In re                                        :      Chapter 11
                                             :
INSIGHTRA MEDICAL, INC. and                  :      Case No. 17-_____
MODULARE, INC.                               :
                                             :
                                             :
                        Debtors.             :      (Joint Administration Pending)
                                             :
------------------------------------------------------------X
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE

                                SS:

NEW CASTLE COUNTY

I, Ty S. Workman, being duly sworn, depose and say:

1. I am employed by DLS Claims Administration, LLC, the solicitation and balloting agent for the

Debtor in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned

case; and

2. On January 5, 2017, I caused a true and correct copy of the following documents to be served

upon the parties on the attached list and in the manner indicated:

**BALLOT FOR THE HOLDERS OF CLASS 4 GENERAL UNSECURED CLAIMS**

**DISCLOSURE STATEMENT FOR THE DEBTORS' JOINT PREPACKAGED
PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY
CODE (EXHIBIT A: PREPACKAGED PLAN; EXHIBIT B: PROJECTIONS)**

_____
Ty S. Workman

SWORN TO AND SUBSCRIBED before me this ⟨25⟩ day of January, 2017.

_____
NOTARY PUBLIC

Aarin Capital Partners, Mauritius
22, St Georges Street
Port Louis, Mauritius 11324
Via e-mail: Rajesh Moorti at rajesh.moorti@manipalgroup.com
USPS Priority Express International: EK048039031US

Baird Venture Partners III Limited Partnership
227 West Monroe Street, Suite 1900
Chicago, IL 60606
Via e-mail: Mike Liang at MLiang@rwbaird.com
USPS Priority Express: EK048039028US

BVP III Affiliates Fund Limited Partnership
227 West Monroe Street, Suite 1900
Chicago, IL 60606
Via e-mail: Mike Liang at MLiang@rwbaird.com
USPS Priority Express: EK048039014US

BVP III Special Affiliates Limited Partnership
227 West Monroe Street, Suite 1900
Chicago, IL 60606
Via e-mail: Mike Liang at MLiang@rwbaird.com
USPS Priority Express: EK048039005US

CD-Venture GmbH
Bergheimer Strasse 45, D-69115
Heidelbert, Germany
Via e-mail: christoph.boehringer@cd-venture.com
USPS Priority Express International: EK048038994US

Riccardo Tiscini
Via Paisello, 24,
Roma, Italy 00198
Via e-mail: a.greco@studiotiscini.it
USPS Global Express International: 8319584372

Tekla Healthcare Investors
100 Federal Street, 19th Floor
Boston, MA 02110
Via e-mail: Dan Omstead at domstead@teklacap.com
USPS Priority Express: EK048038977US

Tekla Life Sciences Investors
100 Federal Street, 19th Floor
Boston, MA 02110
Via e-mail: Dan Omstead at domstead@teklacap.com
USPS Priority Express: EK048038985US

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re                                                          :    Chapter 11
                                                               :
INSIGHTRA MEDICAL, INC. and                                    :    Case No. 17-_____
MODULARE, INC.                                                 :
                                                               :
                                                               :
                               Debtors.                        :    (Joint Administration Pending)
---------------------------------------------------------------X

### SECOND SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE

                                         SS:

NEW CASTLE COUNTY


I, Ty S. Workman, being duly sworn, depose and say:

1.  I am employed by DLS Claims Administration, LLC, the solicitation and balloting agent for

the Debtor in the above-captioned case, and I am not less than 18 years of age or a party to the above-

captioned case; and

2.  On the dates and manner indicated on the attached list of parties, I caused a true and

correct copy of the following documents to be served upon such parties:

**BALLOT FOR THE HOLDERS OF CLASS 4 GENERAL UNSECURED CLAIMS**

**DISCLOSURE STATEMENT FOR THE DEBTORS' JOINT PREPACKAGED
PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY
CODE (EXHIBIT A: PREPACKAGED PLAN; EXHIBIT B: PROJECTIONS)**

**NOTICE OF EXTENDED VOTING DEADLINE FOR
THE HOLDERS OF CLASS 4 GENERAL UNSECURED CLAIMS**

_____
Ty S. Workman

SWORN TO AND SUBSCRIBED before me this 25 day of January, 2017.

_____
NOTARY PUBLIC

Gavin/Solmonese,
Attn.: Stan Mastil
919 N. Market Street, Suite 600
Wilmington, DE 19801
Certified Mail - Return Receipt on January 10, 2017

Merit Medical
c/o Joseph M.R. Covey, Esq.
Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, UT  84111
Certified Mail - Return Receipt on January 11, 2017

BioSurg, Inc
c/o Caroline R. Djang
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
Ballot and Disclosure Statement - Via e-mail: Caroline Djang at CDjang@rutan.com on January 9, 2017
Notice of Extended Voting Deadline - Certified Mail - Return Receipt on January 11, 2017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------X
                                                :
In re                                           :       Chapter 11
                                                :
INSIGHTRA MEDICAL, INC. and                     :       Case No. 17-_____
MODULARE, INC.                                  :
                                                :
                              Debtors.          :       (Joint Administration Pending)
-----------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE

                       SS:

NEW CASTLE COUNTY

       I, Ty S. Workman, being duly sworn, depose and say:

       1.  I am employed by DLS Claims Administration, LLC, the solicitation and balloting agent for the Debtor in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

       2.  On January 10, 2017 I caused a true and correct copy of the following documents to be served upon the parties on the attached list and in the manner indicated:

**NOTICE OF EXTENDED VOTING DEADLINE FOR**
**THE HOLDERS OF CLASS 4 GENERAL UNSECURED CLAIMS**

                                                     _____
                                                     Ty S. Workman

SWORN TO AND SUBSCRIBED before me this 25 day of January, 2017.

                                                   _____
                                                   NOTARY PUBLIC

JEREMY LUZADER
MY COMMISSION
EXPIRES
March 11, 2018
NOTARY PUBLIC
STATE OF DELAWARE

Aarin Capital Partners, Mauritius
22, St Georges Street
Port Louis, Mauritius 11324
Via e-mail: Rajesh Moorti at
rajesh.moorti@manipalgroup.com
USPS Priority Express International

Able Building Maintenance
Dept. 34651
P.O. Box 39000
San Francisco, CA 94139
Certified Mail - Return Receipt

Able Label
310 North Haven Street
Spokane, WA 99202-3808
Certified Mail - Return Receipt

AIM Congress
S.R.L. 20141
Via Giuseppe Ripamonti, 129
Milano, Italy
USPS Priority Express International

American Hernia Society Ed. Foundation
4582 S. Ulster Street, #201
Denver, CO 80237
Certified Mail - Return Receipt

Ars Chirurgica s.r.l.
Via Della Colombaia, 12
40017 San Giovanni in Persiceto
Bologna, Italy
USPS Priority Express International

ASAP Document Services
2200 Wilson Blvd., Suite 102-553
Arlington, VA 22201
Certified Mail - Return Receipt

Avalara Inc.
Dept. 16781
Palantine, IL 60055
Certified Mail - Return Receipt

Baird Venture Partners III Limited
Partnership
227 West Monroe Street, Suite 1900
Chicago, IL 60606
Via e-mail: Mike Liang at
MLiang@rwbaird.com
USPS Priority Express

Baxter Healthcare
1 Baxter Parkway
Deerfield, IL 60015
Certified Mail - Return Receipt

BioSurg Inc.
27956 State Hwy 128
Winters, CA 95694-9079
Certified Mail - Return Receipt

BVP III Affiliates Fund Limited Partnership
227 West Monroe Street, Suite 1900
Chicago, IL 60606
Via e-mail: Mike Liang at
MLiang@rwbaird.com
USPS Priority Express

BVP III Special Affiliates Limited Partnership
227 West Monroe Street, Suite 1900
Chicago, IL 60606
Via e-mail: Mike Liang at
MLiang@rwbaird.com
USPS Priority Express

CD-Venture GmbH
Bergheimer Strasse 45, D-69115
Heidelbert, Germany
Via e-mail: christoph.boehringer@cd-
venture.com
USPS Priority Express International

Charles Kendall Freight LTD
P. O. Box 54329
Dubai, U.A.E.
USPS Priority Express International

Cheryl Blake
27392 Capricho
Mission Viejo, CA 92692
Certified Mail - Return Receipt

China MedConnect
14781 Memorial Drive, Suite 1022
Houston, TX 77079
Certified Mail - Return Receipt

Coastal Secure Shredding Inc.
1765 Placentia Avenue, Unit A
Costa Mesa, CA 92627
Certified Mail - Return Receipt

Concur Technologies
100 South Fifth Street, Suite 800
Minneapolis, MN 55402
Certified Mail - Return Receipt

Cox Communications
PO Box 53280
Phoenix, AZ 85072-3280
Certified Mail - Return Receipt

De Lage Landen Financial Services Inc.
PO BOX 41602
Philadelphia, PA 19101-1602
Certified Mail - Return Receipt

Express Logistics
974 Industry Drive
Tukwila, WA 98188
Certified Mail - Return Receipt

FedEX
P. O. Box 7221
Pasadena, CA 91109-7321
Certified Mail - Return Receipt

Flaster Greenberg
1810 Chapel Avenue
West Cherry Hill, NJ 08002-4609
Certified Mail - Return Receipt

Fondazione PTV Policlinico Tor Vergata
Via Oxford, 81
Roma RM 00133, Italy
USPS Priority Express International

Fragomen Del Rey Bernsen & Loewy LLP
18401 Von Karman Ave., Suite 255
Irvine, CA 92612
Certified Mail - Return Receipt

G & C Company
PO Box 2440
Costa Mesa, CA 92628
Certified Mail - Return Receipt

Gomes Medical Services Group LLC
2 Crabapple Lane
Londonberry, NH 03053-6103
Certified Mail - Return Receipt

GPB Life Sciences Holdings LLC
535 W 24th Street, 4th Floor
New York, NY 10011
Certified Mail - Return Receipt
(Ballot filed 1/10/17, served 1/11/17)

Health Canada Accounts Receivable
P/L: 1918B 18th Floor, Room 1804B
Jeanne-Mance Bldg
200 Eglantine Driveway
Tunney's Pasture Ottawa
Ontario, Canada K1A 0K9
USPS Priority Express International

HerniaMed
c/o Vivantes Klinkum Spandau Klinik fur
Chirurgie – Visceral - und GefaBchirurgie
Neau Bergstrabe 6
Berlin, Germany 13585
USPS Priority Express International

ICDDIS
1201 Bldg 15
Indra Darshan Phase II
Andheri
West Mumbai, India 400053
USPS Priority Express International

Infomy Global
6789 Quail Hill Parkway, Suite 301
Irvine, CA 92603
Certified Mail - Return Receipt

InterMed Resources LLC
MCS 410907
PO Box 415000
Nashville, TN 37241-0907
Certified Mail - Return Receipt

IntraLinks Inc.
PO Box 392134
Pittsburgh, PA 15251-9134
Certified Mail - Return Receipt

Italian Society of Hernia
Sede Via Pietro del Prato, 6
Partita IVA 02574170342
Codice fiscale 97366390157
Parma (PR), Italy 43100
USPS Priority Express International

JML Enterprises
Jeffrey M. Lohre
39701 Ridge Crest Street
Murrieta, CA 92563
Certified Mail - Return Receipt

John H.M. Fairbairn Jr.
48 Chevening Road
London, England NW6 2DE
USPS Priority Express International

John S. Fairbairn Sr.
Pensbury House
Shaftesbury
Dorset, England SP7 8QJ
USPS Priority Express International

Kai W. Trompeter
Ascott Park Place
Apt 2807
Sheikh Zayed Road
Dubai, U.A.E.
USPS Priority Express International

KC Digital Solutions Inc
6191 Cornerstone Court
E BLDG 110
San Diego, CA 92121
Certified Mail - Return Receipt

Keith Grogory Zacher
4143 E. Pasadena Ave.
Phoenix, AZ 85018
Certified Mail - Return Receipt

Lake Region Medical
NW 7174
P. O. Box 1450
Minneapolis, MN 55485-7174
Certified Mail - Return Receipt

Laxmi Khanolkar
9200 Irvine Center Drive, Suite 200
Irvine, CA 92618
Certified Mail - Return Receipt

Life Science Outsourcing Inc.
830 Challenger St.
Brea, CA 92821
Certified Mail - Return Receipt

Logistics Billing Services
PO Box 77128
San Francisco, CA 94107
Certified Mail - Return Receipt

Marcum
1920 Main Street, Suite 950
Irvine, CA 92614
Certified Mail - Return Receipt

McMahon Publishing Group
Attn: Accounts Receivable
545 West 45 Street, 8th Floor
New York, NY 10036
Certified Mail - Return Receipt

Meditrial
Via Savoia, 78 - 198
Roma, Italy 00198
USPS Priority Express International

Medizinische Universitat Wien
Leitung O. Univ. Prof. Dr.
Dr.h.c. Wolfgang Schutz
Spitalgasse 23 A-1090
Wien, Austria
USPS Priority Express International

Merit Medical
P.O. Box 204842
Dallas, TX 75320-4842
Certified Mail - Return Receipt

Mesa Labs
12100 W. 6th Avenue
Lakewood, CO 80228
Certified Mail - Return Receipt

Namsa
PO Box 710970
Cincinnati, OH 45271-0970
Certified Mail - Return Receipt

Novus Scientific
Virdings Alle 2
Uppsala, Sweden 75450
USPS Priority Express International

Novus Scientific, Inc.
21045 Canterbury Ln
Lake Forest, CA 92630
Certified Mail - Return Receipt

NRAI Corporated Services
PO BOX 4349
Carol Stream, IL 60197-4349
Certified Mail - Return Receipt

O'Neil LLP
19900 MacArthur Blvd., Suite 1050
Irvine, CA 92612
Certified Mail - Return Receipt

Our Lady of the Lake Physician Group LLC
5000 Hennessy Blvd
Baton Rouge, LA 70808
Certified Mail - Return Receipt

Partha Khanolkar
1201 Indra Darshan
Phase 2 Andheri
West Mumbai, India 400053
USPS Priority Express International

Paul Sebastianutti
Via Allessandro Bustini, 37  - 00124
Roma, Italy
USPS Priority Express International

Phillippa Reed
11 San Juan Court
Sovereign Harbour
Eastbourne
East Sussex, England BN23 5TP
USPS Priority Express International

Pinnacle MedTech
9631 Irvine Center Drive
Irvine, CA 92618
Certified Mail - Return Receipt

Plastic & Metal Center
23162 La Cadena Drive
Laguna Hills, CA 92653
Certified Mail - Return Receipt

Premiere Resource
26001 Pala
Mission Viejo, CA 92618
Certified Mail - Return Receipt

Ready Refresh
P.O. Box 856158
Louisville, KY 40285-6158
Certified Mail - Return Receipt

Regus Rome 450
Viale Luca Gaurico 9/11
Rome, Italy 00143
USPS Priority Express International

Riccardo Tiscini
Via Paisello, 24,
Roma, Italy 00198
Via e-mail: a.greco@studiotiscini.it
USPS Priority Express International

Robert W. Baird & Co. Inc.
Finance Department
777 East Wisconsin  Ave
Milwaukee, WI 53202
Certified Mail - Return Receipt

Rogitz
750 B Street, Suite 3120
San Diego, CA 92101
Certified Mail - Return Receipt

Schipper Design
P.O. Bo 1090
San Juan Bautista, CA 95045
Certified Mail - Return Receipt

SEAHEC
Attn: Jenny Barton
2511 Delaney Ave
Wilminton, NC 28403
Certified Mail - Return Receipt

Solistics
PO Box 2440
Costa Mesa, CA 92628
Certified Mail - Return Receipt

Sprig Consulting
1020 Ashland Ave.
Wilmette, IL 60091
Certified Mail - Return Receipt

Sterigenics International Inc.
P. O. Box 93178
Chicago, IL 60673-3178
Certified Mail - Return Receipt

Steve G. Bell
Via Nalles 95
Rome, Italy 00142
USPS Priority Express International

Tekla Healthcare Investors
100 Federal Street, 19th Floor
Boston, MA 02110
Via e-mail: Dan Omstead at
domstead@teklacap.com
USPS Priority Express

Tekla Life Sciences Investors
100 Federal Street, 19th Floor
Boston, MA 02110
Via e-mail: Dan Omstead at
domstead@teklacap.com
USPS Priority Express

T-Mobil
P.O. Box 51843
Los Angeles, CA 90051-6143
Certified Mail - Return Receipt

Tokai Medical Products Inc.
1485 Sarayashiki
Taraga-cho
Kasugai-City
Aichi Pref., Japan 486-0808
USPS Priority Express International

Trump Card Inc
30012 Ivy Glenn Drive, Suite 220
Laguna Niguel, CA 92677
Certified Mail - Return Receipt

UCSD Center for the Future of Surgery
Attn: Nancy Roberts
950 Gilman Drive, Bldg. #845
LaJolla, CA 92023-0740
Certified Mail - Return Receipt

Uline
PO BOX 88741
Chicago, IL 60680-1741
Certified Mail - Return Receipt

Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108
Certified Mail - Return Receipt

Wedbush Securities Inc.
Two Embarcardero Center, Suite 600
San Francisco, CA 94111
Certified Mail - Return Receipt

Western Institutional Review Board
Dept. 106901
PO Box 150434
Hartford, CT 06115-0434
Certified Mail - Return Receipt

Westpak Inc.
10326 Roselle Street, Suite 101
San Diego, CA 92121
Certified Mail - Return Receipt

Winten Investments Inc
PO Box 50564
Irvine, CA 92619
Certified Mail - Return Receipt

Xcentric Mold & Engineering
24541 Maplehurst Drive
Clinton Township, MI 48036
Certified Mail - Return Receipt