# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
                                   :
In re                              :      Chapter 11
                                   :
INSIGHTRA MEDICAL, INC., et al.¹   :      Case No. 17- 10179 (KG)
                                   :
        Debtors.                   :      (Joint Administration Pending)
------------------------------------------------------------X
```

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Insightra Medical, Inc. and Modulare, Inc. (collectively, the "***Debtors***") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***, and together with the Schedules, the "***Schedules and Statements***") with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***"), pursuant to section 521 of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "***Global Notes***") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of the Debtors (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and

---

¹ The Debtors in these chapter 11 cases are Insightra Medical, Inc. and Modulare, Inc. The last four digits of Insightra's taxpayer identification number are (8576). Modulare does not have a taxpayer identification number. The Debtors' business address is 9891 Irvine Center Drive, Suite 222, Irvine, CA 92618.

completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The Debtors, their officers, agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. Except as expressly required by the Bankruptcy Code, the Debtors and its officers, agents and attorneys expressly do not undertake any obligation to update, modify revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of itself, its officers, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and its addresses.

## Global Notes and Overview of Methodology

1.    **Reservation of Rights**. Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("*Claim*") description, designation, or Debtors against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive

consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.    Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements by the Debtors is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.  The Debtors reserve all rights with respect to such obligations.

     **2.**     **Description of Case and "as of" Information Date**.  On January 27, 2017 (the "***Petition Date***"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**The asset information provided herein, except as otherwise noted, represents the asset and liability data of the Debtors as of January 27, 2017.**

     **3.**     **Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of <u>January 27, 2017</u>, in the Debtors' books and records.    Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and Statements as they have no net book value.  The Debtors valued known abandoned or assumed to be abandoned assets at -0- or estimated sales value.  The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

     **4.**     **Recharacterization**.    Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

     **5.**     **Excluded Assets and Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.

As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

6.    **Insiders**.   Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following:  (a) directors; (b) officers and other persons who exercised control over the Debtors' operations; and (c) equity holders holding in excess of 10% of the voting securities of the Debtors entities of who the Debtors were aware of.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules and Statements, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtors or such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

7.    **Intellectual Property Rights**.   Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

8.    **Executory Contracts and Unexpired Leases**.   The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Moreover, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases

may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage claims; the Schedules and Statements do not reflect any claims for rejection damages. The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims.

9.      **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

10.     **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F Part 1 as "priority," (c) Schedule E/F Part 2 as "unsecured," or (d) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

11.     **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserves all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on its respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12.     **Causes of Action**. Despite its reasonable best efforts to identify all known assets, the Debtors may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under intellectual property law and/or the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "*Causes of Action*") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

13.    **Summary of Significant Reporting Policies**.    The following is a summary of significant reporting policies:

    a.    <u>Undetermined Amounts</u>.    The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    <u>Liens</u>.    Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14.    **Estimates and Assumptions**.    Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual results could differ from those estimates, perhaps materially.   The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

15.    **Currency**.    Unless otherwise indicated, all amounts are reflected in U.S. dollars.

16.    **Global Notes Control**.    In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedule F**.  The Debtors have used reasonable best efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date.

The Claims listed on Schedule F arose or were incurred on various dates.  In certain instances, the date on which a Claim arose is an open issue of fact.  Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule F.

Schedule F may contain information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation may be listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

The Debtors expressly incorporate by reference into Schedule F all parties to pending litigation listed in 4(a) of the Debtors' Statements as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule F.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts and diligent efforts have been made to ensure the accuracy of the Debtors' Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtors reserve all of its rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or

other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease.  The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Fill in this information to identify the case:**

Debtor name   **Insightra Medical, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   __17-10179 (KG)__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __January 27, 2017__          X /s/ Gayle Arnold
                                              Signature of individual signing on behalf of debtor

                                              **Gayle Arnold**
                                              Printed name

                                              **CFO**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Insightra Medical, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   17-10179 (KG)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................. $     **3,335,572.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $     **3,335,572.00**

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **6,620,082.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................... $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$     **4,373,049.32**

4.  **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b    $     **10,993,131.32**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Insightra Medical, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) 17-10179 (KG) |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.     Cash on hand | $27,394.00 |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **Comerica, Inc.** | **Checking** | 8087 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

| 5.     **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $27,394.00 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   **Deposit for Insurance - AFS/IBEX Financial** | $27,957.00 |
| --- | --- |

| 7.2.   **Deposit for Office Space - Spectrum Executive Suites** | $2,195.00 |
| --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  Insightra Medical, Inc.                                    Case number *(if known)* _____
        Name

| 7.3. | Deposit for Office Space - Winten Investments | | $19,850.00 |

8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                    $50,002.00
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  Accounts receivable

10. Does the debtor have any accounts receivable?

    ☐ No.  Go to Part 4.
    ☑ Yes Fill in the information below.

11. Accounts receivable

    11a. 90 days old or less:        99,312.00         -         0.00         = ....        $99,312.00
                              face amount                  doubtful or uncollectible accounts

    11b. Over 90 days old:        $211,216.00        -        $158,133.00        =....        $53,083.00
                            face amount                  doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                    $310,528.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**  Investments

13. Does the debtor own any investments?

    ☑ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**  Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

    ☐ No.  Go to Part 6.
    ☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>Raw Material | | $0.00 | | $654,486.00 |
| 20. | Work in progress<br>WIP | | Unknown | | Unknown |
| 21. | Finished goods, including goods held for resale<br>Finished Goods | | Unknown | | $1,655,020.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor    **Insightra Medical, Inc.**                                    Case number *(If known)* _____
          Name

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                          | $2,309,506.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office Furniture** | $0.00 | | $40,582.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office Equipment** | $0.00 | | $15,128.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles <br> 42.1.  **Collectibles** | Unknown | | Unknown |

43.    **Total of Part 7.**                                                                          | $55,710.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Insightra Medical, Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

■ No
☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lease office space but Debtor has no interest in the properties** | | $0.00 | | Unknown |

56.    **Total of Part 9.**                                                                                          $0.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **Patents and trademarks** | $0.00 | | $740,565.00 |
| **Intellectual Property** | Unknown | | Unknown |

Debtor    **Insightra Medical, Inc.**
          _____          Case number *(If known)* _____
          Name

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | $740,565.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor    **Insightra Medical, Inc.**                                    Case number *(If known)* _____
_____
             Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,394.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $50,002.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $152,395.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,309,506.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $55,710.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $740,565.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,335,572.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,335,572.00 |

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Insightra Medical, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 17-10179 (KG) |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- | --- |
| 2.1 | **GPB Life Science Holdings, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $6,620,082.00 | $0.00 |
| | | _____ | | |
| | Creditor's mailing address | Describe the lien | | |
| | | _____ | | |
| | **Tcreutz@gpb-cap.com**<br>Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | |
| --- | --- | --- |
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $6,620,082.00 |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Insightra Medical, Inc.** |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known) _____ |

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
| **Aarin Capital Partners**<br>**22 St. Georges Street**<br>**Port Louis, Mauritius** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$573.72** |
| **Able Building Maintenance**<br>**Dept. 34651**<br>**P.O. Box 39000**<br>**San Francisco, CA 94139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number **5151** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.94** |
| **Able Label**<br>**310 North Haven Street**<br>**Spokane, WA 99202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,735.99** |
| **AIM Congress S.R.L.**<br>**20141 Milano**<br>**Ripamonti 129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Insightra Medical, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,500.00 |
|---|---|---|---|

**American Hernia Society Ed. Foundation**
**4582 S. Ulster Street**
**#201**
**Denver, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,455.50 |
|---|---|---|---|

**Ars Chirurgica**
**Via Della Colombaia**
**12 S. Giovanni in Persiceto**
**40017 Bologna**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**ASAP Document Services**
**2200 Wilson Blvd.**
**Suite 102-553**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.52 |
|---|---|---|---|

**Avalara Inc.**
**Dept. 16781**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,434.66 |
|---|---|---|---|

**Baird Capital**
**Finance Department**
**777 East Wisconsin Avenue**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366,000.00 |
|---|---|---|---|

**Baird Venture Partners III Limited**
**227 West Monroe Street**
**Suite 1900**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400,745.07 |
|---|---|---|---|

**Baxter Healthcare**
**1 Baxter Pkwy**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Insightra Medical, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |

**3.12** Nonpriority creditor's name and mailing address

**BioSurg, Inc.**
**27956 State Hwy 128**
**Winters, CA 95694-9079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,727.50**

---

**3.13** Nonpriority creditor's name and mailing address

**BVP III Affiliates Fund Limited Partners**
**227 West Monroe Street**
**Suite 1900**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$102,000.00**

---

**3.14** Nonpriority creditor's name and mailing address

**BVP III Special Affiliates Limited Partn**
**227 West Monroe Street**
**Suite 1900**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$132,000.00**

---

**3.15** Nonpriority creditor's name and mailing address

**CD-Venture GmbH**
**Bergheimer Strasse 45**
**D-69115 Heidelbert, Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Charles Kendall Freight LTD**
**P. O. Box 54329**
**Dubai, U.A.E.**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$28,723.00**

---

**3.17** Nonpriority creditor's name and mailing address

**Cheryl Blake**
**27392 Capricho**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,500.00**

---

**3.18** Nonpriority creditor's name and mailing address

**China MedConnect**
**14781 Memorial Drive**
**Suite 1022**
**Houston, TX 77079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,250.00**

---

| Debtor | **Insightra Medical, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Coastal Secure Shredding Inc.**
**1765 Placentia Avenue**
**Unit A**
**Costa Mesa, CA 92627**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,488.00 |
|---|---|---|---|

**Concur Technologies**
**601 108th Ave NE**
**Suite 1000**
**Bellevue, WA 98004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,066.45 |
|---|---|---|---|

**County of Orange**
**Treasurer - Tax Collector**
**P.O. Box 1438**
**Santa Ana, CA 92702-1438**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $615.53 |
|---|---|---|---|

**Cox Communications**
**P.O. Box 53280**
**Phoenix, AZ 85072-3280**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0902

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,205.25 |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,656.95 |
|---|---|---|---|

**Dr. Giuseppe Amato**
**Via M. Rapisardi 66**
**90144 Palermo, Italy**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $281.00 |
|---|---|---|---|

**Expeditors International**
**1031 E. Watson Center Road**
**Carson, CA 90745**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Insightra Medical, Inc.**
          Name                                      Case number (if known) _____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,140.26 |
|---|---|---|---|
| | **Express Logistics**<br>**974 Industry Drive**<br>**Seattle, WA 98188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.85 |
|---|---|---|---|
| | **FedEx**<br>**P.O. Box 7221**<br>**Pasadena, CA 91109-7321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **7967** | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,627.32 |
|---|---|---|---|
| | **Fitzgerald & Associates**<br>**53 Hartura Way**<br>**Hot Springs Village, AR 71909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,637.20 |
|---|---|---|---|
| | **Flaster Greenberg**<br>**1810 Chapel Avenue West**<br>**Cherry Hill, NJ 08002-4609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **0656** | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,718.66 |
|---|---|---|---|
| | **Fondazione PTV Policlinico**<br>**Tor Vergata**<br>**Oxford, 81 00133 Roma, Italy** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,650.00 |
|---|---|---|---|
| | **Fragomen, Del Rey, Bernsen & Loewy, LLP**<br>**18401 Von Karman Avenue**<br>**Suite 225**<br>**Irvine, CA 92612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,502.75 |
|---|---|---|---|
| | **G & C Company**<br>**P.O. Box 2440**<br>**Costa Mesa, CA 92628** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Insightra Medical, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,980.90 |
|---|---|---|---|

**Gavin/Solmonese, LLC**
**c/o Stan Mastil**
**919 North Market Street**
**Suite 600**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Gomes Medical Services Group, LLC**
**2 Crabapple Lane**
**Londonderry, NH 03053-6103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.06 |
|---|---|---|---|

**Health Canada**
**Accounts Receivable**
**P/L 1918B, 18th Floor, Room 1804B**
**Jeanne-Mance Building, 200 Eglantine Dr**
**Tunney's Pasture Ottawa, ON K1A 0K9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,752.00 |
|---|---|---|---|

**HerniaMed**
**c/o Vivantes Klinkum Spandau Klinik fur**
**Visceral - und GefaBchirurgie Neau**
**Bergstrabe 6, 13585 Berlin**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,901.50 |
|---|---|---|---|

**ICDDIS**
**1201 Bldg 15, Indra Darshan Phase II**
**Millat Nagar Andheri (West)**
**Mumbai-400053 India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Infomy Global**
**6789 Quail Hill Parkway**
**Suite 301**
**Irvine, CA 92603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,784.00 |
|---|---|---|---|

**InterMed Resources LLC**
**MCS 410907**
**P.O. Box 415000**
**Nashville, TN 37241-0907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Insightra Medical, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,640.00 |
|---|---|---|---|

**IntraLinks, Inc.**
P.O. Box 392134
Pittsburgh, PA 15251-9134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,451.20 |
|---|---|---|---|

**Italian Society of Hernia &
Abdominal Wall Surgery**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,240.00 |
|---|---|---|---|

**Jeffrey M. Lohre - JML Enterprises**
39701 Ridgecrest Street
Murrieta, CA 92563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.24 |
|---|---|---|---|

**John H.M. Fairbairn Jr.**
48 Chevening Road
London NW6 2DE England

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.24 |
|---|---|---|---|

**John S. Fairbairn Sr.**
Pensbury House Shaftesbury
Dorset SP7 8QJ England

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,763.70 |
|---|---|---|---|

**Kai W. Trompeter**
Ascott Park Place Apt 2807 Sheikh
Zayed Road
Dubai, United Arab Emirates

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $886.00 |
|---|---|---|---|

**KC Digital Solutions Inc.**
6191 Cornerstone Court E
Bldg 110
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **S920**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Insightra Medical, Inc.**                                Case number (if known) _____
                Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Keith Grogory Zacher**
**4143 E. Pasadena Avenue**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,150.00 |
|---|---|---|---|

**Lake Region Medical**
**NW 7174**
**P.O. Box 1450**
**Minneapolis, MN 55485-7174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4415**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,134.00 |
|---|---|---|---|

**Laxmi Khanolkar**
**9200 Irvine Center Drive**
**Suite 200**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,887.64 |
|---|---|---|---|

**Life Science Outsourcing, Inc.**
**830 Challenger Street**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.63 |
|---|---|---|---|

**Logistics Billing Services**
**P.O. Box 77128**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,634.79 |
|---|---|---|---|

**Marcum**
**1920 Main Street**
**Suite 950**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,513.55 |
|---|---|---|---|

**McMahon Publishing Group**
**Accounts Receivable**
**545 West 45th Street, 8th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Insightra Medical, Inc.**                                        Case number (if known) _____
_____
        Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,273.57 |
|---|---|---|---|

**Meditrial**
80, Tzanko Tzerkovski Str.
1421 Sofia, BULGARIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,425.63 |
|---|---|---|---|

**Medizinische Universitat Wien**
Wolfgang Schutz Spitalgasse 23
A-1090 Wien

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,533.60 |
|---|---|---|---|

**Merit Medical**
P.O. Box 204842
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5237**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,260.00 |
|---|---|---|---|

**Mesa Labs**
12100 West 6th Avenue
Denver, CO 80228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.00 |
|---|---|---|---|

**NAMSA**
6750 Wales Road
Northwood, OH 43619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258,043.00 |
|---|---|---|---|

**Novus Scientific**
Virdings Alle 2
75450 Uppsala Sweden

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,221.25 |
|---|---|---|---|

**NRAI Corporate Services**
P.O. Box 4349
Carol Stream, IL 60197-4349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **91RI**

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor  **Insightra Medical, Inc.**                                Case number (if known) _____
        Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,447.39 |
|---|---|---|---|

**O'Neil LLP**
**19900 MacArthur Blvd.**
**Suite 1050**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Our Lady of the Lake Physician Group, LL**
**5000 Hennessay Blvd.**
**Baton Rouge, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,352.00 |
|---|---|---|---|

**Partha Khanolkar**
**1201 Indra Darshan Phase 2**
**West Maumbai**
**400053 India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,587.53 |
|---|---|---|---|

**Paul Sebastianutti**
**Allessandro Bustini 37 00124 - Roma**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.24 |
|---|---|---|---|

**Phillippa Reed**
**11 San Juan Court Sovereign Harbour East**
**East Sussex BN23 5TP England**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,303.00 |
|---|---|---|---|

**PMC, Inc.**
**Nick Khaladj**
**23162 La Cadena Drive**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **IMSMED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,149.39 |
|---|---|---|---|

**Premiere Resource**
**26001 Pala M**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **IMED**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Insightra Medical, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.74 |
|---|---|---|---|

**3.68** | Nonpriority creditor's name and mailing address
**Ready Refresh**
P.O. Box 856158
Louisville, KY 40285

Date(s) debt was incurred _
Last 4 digits of account number  3784

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$462.74**

---

**3.69** | Nonpriority creditor's name and mailing address
**Regus Rome**
450, Viale Luca Gaurico
9/11 Rome 00143 Italy

Date(s) debt was incurred _
Last 4 digits of account number  Insightra

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,354.70**

---

**3.70** | Nonpriority creditor's name and mailing address
**Riccardo Tiscini**

Viale Pola 12, 00198 Roma, Italy

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,500.00**

---

**3.71** | Nonpriority creditor's name and mailing address
**Rogitz**
750 B Street
Suite 3120
San Diego, CA 92101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,496.45**

---

**3.72** | Nonpriority creditor's name and mailing address
**Schipper Design**
P.O. Box 1090
San Juan Bautista, CA 95045

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,307.69**

---

**3.73** | Nonpriority creditor's name and mailing address
**SEAHEC**
Jenny Barton
2511 Delaney Avenue
Wilmington, NC 28403

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.74** | Nonpriority creditor's name and mailing address
**Solistics**
P.O. Box 2440
Costa Mesa, CA 92628

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,735.36**

---

Debtor **Insightra Medical, Inc.**
Name

Case number (if known) _____

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.50 |
|---|---|---|---|

**Sprig Consulting**
1020 Ashland Avenue
Wilmette, IL 60091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,202.45 |
|---|---|---|---|

**Sterigenics International**
P.O. Box 93178
Chicago, IL 60673-3178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  2959

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,534.73 |
|---|---|---|---|

**Steve G. Bell**
Nalles 95
Rome, Italy 00142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.39 |
|---|---|---|---|

**T-Mobil**
P.O. Box 51843
Los Angeles, CA 90051-6143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  6123

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426,000.00 |
|---|---|---|---|

**Tekla Healthcare Investors**
100 Federal Street
19th Floor
Boston, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164,000.00 |
|---|---|---|---|

**Tekla Life Science Investors**
100 Federal Street
19th Floor
Boston, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355,177.30 |
|---|---|---|---|

**Tokai Medical Products Inc.**
1485 Sarayashiki
Taraga-cho, Kasugai-City
Aichi Pref, Japan

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Insightra Medical, Inc.**
_____
Name

Case number (if known) _____

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,312.94 |

**Trump Card, Inc.**
30012 Ivy Glenn Drive
Suite 220
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,689.00 |

**UCSD Center for the Future of Surgery**
950 Gilman Drive
Bldg. # 845
Encinitas, CA 92023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.25 |

**Uline**
P.O. Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $926.93 |

**UPS**
P.O. Box 894820
Los Angeles, CA 90189-4820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,617.18 |

**Verizon Wireless**
P.O. Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,082.54 |

**Wedbush Securities Inc.**
Two Embarcardero Center
Suite 600
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |

**Western Institutional Review Board**
Dept. 106901
P.O. Box 150434
Hartford, CT 06115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Insightra Medical, Inc.**
Name                                                              Case number (if known) _____

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |

**Westpak Inc.**
**10326 Roselle Street**
**Suite 101**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,867.00 |

**Winten Investments Inc.**
**P.O. Box 505694**
**Irvine, CA 92619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |

**WIRB**
**1019 39th Avenue SE**
**Suite 120**
**Puyallup, WA 98374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |

**Xcentric Mold & Engineering**
**24541 Maplehurst Drive**
**Clinton Township, MI 48036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,373,049.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 4,373,049.32 |

| Fill in this information to identify the case: |
|---|

Debtor name **Insightra Medical, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Sales tax software** | |
|---|---|---|---|
| | State the term remaining | **6/25/2017** | **Avalara** |
| | List the contract number of any government contract | | **Avalara Inc. Dept. 16781** **Palatine, IL 60055** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **3rd Party Data Storage** | |
|---|---|---|---|
| | State the term remaining | **7/25/2017** | |
| | List the contract number of any government contract | | **Cloud9 Real Time** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Copier lease** | |
|---|---|---|---|
| | State the term remaining | **5/8/2018** | **De Lang Landen Financial Service, Inc.** **De Lage Landen Financial Services, Inc.** |
| | List the contract number of any government contract | | **PO BOX 4160** **Philadelphia, PA 19101** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | **Dr. Giuseppe Amato** **Via M. Rapisardi 66** |
| | List the contract number of any government contract | | **90144 Palermo, Italy** |

Debtor 1    **Insightra Medical, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite | John H.M. Fairbairn Jr. |
| | List the contract number of any government contract | _____ | 48 Chevening Rd. London NW6 2DE England |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite | John s. Fairbairn Sr. |
| | List the contract number of any government contract | _____ | Pensbury House, Shaftesbury Dorset SP7 8QJ England |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite | Nanyange Technological University Office Finance, Level 3 |
| | List the contract number of any government contract | _____ | 50 Nanyang Ave. Singapore 639798 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite | Phillippa Reed 11 San Juan Court, Sovereign Harbour |
| | List the contract number of any government contract | _____ | Eastbourne East Sussex BN23 5TP England |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Facilities leases, debtor as tenant | |
|---|---|---|---|
| | State the term remaining | 34 months | Winten Inc. |
| | List the contract number of any government contract | _____ | P.O. Box 50564 Irvine, CA 92619 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Insightra Medical, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Indical Medsurg Pvt. Ltd. | Bima Complex, Steel Market Kalamboli, Panvel, Raigad Navi Mumbai, 410218 India (guaranty) | GPB Life Science Holdings, LLC | ☑ D   2.1 ☐ E/F ____ ☐ G ____ |
| 2.2 | Insightra Medical India Pvt. Ltd. | Office No. 1, First Floor Cosme Costas Nucleus Goa, India (guaranty) | GPB Life Science Holdings, LLC | ☑ D   2.1 ☐ E/F ____ ☐ G ____ |
| 2.3 | Minos Medical, Inc. | 9891 Irvine Center Drive Suite 222 Irvine, CA 92618 (party to security agreement) | GPB Life Science Holdings, LLC | ☑ D   2.1 ☐ E/F ____ ☐ G ____ |
| 2.4 | Modulare, Inc. | 9891 Irvine Center Drive Suite 222 Irvine, CA 92618 (party to security agreement) | GPB Life Science Holdings, LLC | ☑ D   2.1 ☐ E/F ____ ☐ G ____ |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Insightra Medical, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) 17-10179 (KG) |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $3,261,000.00 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | $9,300,000.00 |
| **For the fiscal year:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | $3,331,000.00 |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Insightra Medical, Inc.**                                            Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Gayle Arnold**<br>**25802 Jamon Lane**<br>**Mission Viejo, CA 92691** | 9/12/2016<br>10/7/2016<br>10/31/2016 | $30,028.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2.  **Laxmi Khanolkar**<br>**1201/15 Indradarshan Phase (II)**<br>**Mambai 4000053, India** | 10/2/2016<br>11/2/2016 | $30,469.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **Marli Vieira**<br>**Rua 3500 # 265 - ap. 2002**<br>**Balneario Camboriu-SC 88330-302**<br>**Brazil** | 10/6/2016<br>10/13/2016<br>11/2/2016 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **Services** |
| 3.4.  **Partha Khanolkar**<br>**1201 Indra Darshan Phase 2**<br>**Andheri West Mumbai 4000053**<br>**India** | 10/6/2016<br>11/2/2016<br>11/14/2016 | $13,483.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **Services** |
| 3.5.  **AFS/IBEX Financial**<br>**P.O. Box 1000045**<br>**Pasadena, CA 91189** | 8/26/2016 | $18,138.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **Insurance** |
| 3.6.  **Charles Kendall Freight LTD**<br>**P.O. Box 54329 Dubai**<br>**U.A. E.** | 9/7/2016<br>10/29/2016 | $29,346.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **Freight** |
| 3.7.  **CSI Medical**<br>**170 Commerce Way**<br>**Gallatin, TN 37066** | 10/3/2016<br>10/31/2016 | $4,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **Warehousing** |
| 3.8.  **Gavin Solmonese LLC**<br>**919 Market Street**<br>**Suite 600**<br>**Wilmington, DE 19801** | 10/13/2016 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **Services** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor    **Insightra Medical, Inc.**                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Insightra Medical India Pvt Ltd**<br>**Office No. 1 First Floor**<br>**Cosme Costa's Nucleus Porvorim**<br>**Bardez Goa 403521, India** | 10/6/2016 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |
| 3.10. **Life Science Outsourcing, Inc.**<br>**830 Challenger Street**<br>**Brea, CA 92821** | 9/8/2016 | $40,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Supplier** |
| 3.11. **Marcum LLP**<br>**1920 Main Street**<br>**Suite 950**<br>**Irvine, CA 92614** | 10/12/2016 | $6,566.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |
| 3.12. **O'Neil LLP**<br>**19900 MacArthur Blvd.**<br>**Suite 1050**<br>**Irvine, CA 92612** | 11/1/2016<br>11/17/2016<br>12/30/2016<br>1/13/2017 | $28,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.13. **Pinnacle MedTech**<br>**9631 Irvine Center Drive**<br>**Irvine, CA 92618** | 12/6/2016<br>12/28/2016<br>1/13/2017 | $16,791.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.14. **Sullivan & Worcester LLP**<br>**P.O. Box 842482**<br>**Boston, MA 02284-7000** | 11/3/2016 | $11,931.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Services** |
| 3.15. **Tokai Medical Products Inc.**<br>**1485 Sarayashiki, Taraga-cho**<br>**Aichi Pref. 486-0808**<br>**Japan** | 12/5/2016 | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.16. **Winten Investments**<br>**P.O. Box 50564**<br>**Irvine, CA 92619** | 9/1/2016 | $32,960.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Insightra Medical, Inc.**                                         Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17 **Michael Jabbour** <br> **Ajaltoun** <br> **Highway, Violetta Bld, 1st Floor** <br> **Lebanon** | 11/2/2016 <br> 11/15/2016 <br> 11/30/2016 <br> 1/10/2017 | $15,982.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other__ |
| 3.18 **Bayard Law** <br> **222 Delaware Avenue** <br> **Suite 900** <br> **Wilmington, DE 19801** | 11/1/2016 <br> 11/28/2016 <br> 1/3/2017 <br> 1/24/2017 | $90,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other _Legal Fees_ |
| 3.19 **DLS Claims** <br> **P.O. Box 2206** <br> **Wilmington, DE 19899** | 1/25/2017 | $13,325.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other__ |
| 3.20 **Insightra India** <br> **Cosme Costa's Nucleus** <br> **Office No. 1 First Floor** <br> **Porvorim Bardez Goa 403521 India** | 11/15/2016 <br> 12/19/2016 <br> 1/10/2017 <br> 1/13/2017 | $82,339.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other _Subsidiary Funding_ |
| 3.21 **Novus Scientific** <br> **Virdings Alle 2** <br> **75450 Uppsala Sweden** | 12/19/2016 | $19,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other _Inventory_ |
| 3.22 **O-Line Business Insurance** <br> **43471 Ridge Park Drive** <br> **Suite G** <br> **Temecula, CA 92590** | 11/15/2016 <br> 11/29/2016 | $55,043.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other _Insurance Payment_ |
| 3.23 **Oxford Global Resources** <br> **100 Cummings Center** <br> **Suite 206L** <br> **Beverly, MA 01915** | 1/6/2017 | $15,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other__ |
| 3.24 **Premiere Resources** <br> **26001 Pala** <br> **Mission Viejo, CA 92691** | 11/9/2016 | $8,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other _Inventory_ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Insightra Medical, Inc.**                                    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
   may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Minos Medical, Inc.** | | $0.00 | |
| **Non-Operating Holder of Intellectual Property** | | | |
| 4.2.  **Insightra Medical India Pvt. Ltd.** | | $0.00 | |
| **Direct Sales in India** | | | |
| 4.3.  **Indical Medsurg Pvt. Ltd.** | | $0.00 | |
| **Direct Sales in India** | | | |
| 4.4.  **Modulare, Inc.** | | $0.00 | |
| **Non-Operating** | | | |
| 4.5.  **Insightra Italia SrL** | | $0.00 | |
| **Direct Sales in Italy** | | | |
| 4.6.  **Sunmedical SrL** | | $0.00 | |
| **Direct Sales in Italy** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
   a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
   of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
   debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
   in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Insightra Medical, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **GIUSEPPE AMATO V. INSIGHTRA MEDICAL, INC., et al.**<br>BC 495837 | **Breach of fiduciary duty/fraud** | **Superior Court - California** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **American Hernia Society**<br>**45825 S. Ulster Street**<br>**# 201**<br>**Denver, CO 80237** | **Cash** | **Various** | **$112,500.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor    **Insightra Medical, Inc.**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bayard, P.A.** **222 Delaware Avenue** **Suite 900** **Wilmington, DE 19801** | | **10/12/2016** **11/1/2016** **11/28/2016** **1/3/2017** **1/24/2017** | **$100,000.00** |
| | **Email or website address** **bayardlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    **Insightra Medical, Inc.**                                    Case number *(if known)*

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| CSI Medical<br>170 Commerce Way<br>Gallatin, TN 37066 | Unknown | Inventory, Tooling | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **Insightra Medical, Inc.**                                         Case number *(if known)*

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Kim Sakamoto** 24912 Winterwood Drive Lake Forest, CA 92630 | 6/2013 - 11/2015 |
| 26a.2. | **Amit Shah** 272 Quail Meadow Irvine, CA 92603 | 4/2014 - 8/2015 |
| 26a.3. | **Von Saycocie** 21321 McIntosh Lane Lake Forest, CA 92630 | 4/2014 - 5/2016 |
| 26a.4. | **Gayle Arnold** 25802 Jamon Lane Mission Viejo, CA 92691 | 11/2015 - 11/2016 |

Debtor    **Insightra Medical, Inc.**                                         Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Marcum LLP**<br>**1920 Main Street**<br>**Suite 950**<br>**Irvine, CA 92614** | **8/2011 - 6/2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brad Sharp | 8 Japonica<br>Irvine, CA 92618 | Director, Shareholder | 5.3 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Laxmikant Khanolkar | | Director | 1.4 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Oliver Pokk | | Director | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                               Best Case Bankruptcy

Debtor **Insightra Medical, Inc.**                                 Case number (if known) _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Liang | 227 West Monroe #1900 Chicago, IL 60606 | Director | 4/2013 - 5/2016 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Daniel Omstead | 2 Liberty Square 9th Floor Boston, MA 02109 | Director | 4/2013 - 5/2016 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Shane Johnson, MD | 916 Tyner Way Incline Village, NV 89450 | Director | 7/2011 - 5/2016 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Rajesh Moorti | 70 Millers Road 2nd Floor Bangalore 560 052, India | | |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Amit Shah | 10 Aguila Aliso Viejo, CA 92656 | Secretary | 4/2014 - 8/2015 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Gayle Arnold | 25802 Jamon Mission Viejo, CA 92691 | Director | |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Oliver Pokk | 199 Freemont Street Suite 110 San Francisco, CA 94105 | Director | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐  No
    ☑  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Gayle Arnold 25802 Jamon Lane Mission Viejo, CA 92691 | $137,016.00 | 11/15/2015 - 5/31/2016 | Expense Reimbursement, Service and Salary |
| | Relationship to debtor Officer | | | |

Debtor  **Insightra Medical, Inc.**                                    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 **Steve G. Bell**<br>**Nalles 95**<br>**Rome, Italy 00142** | $209,922.00 | 12/9/2015 -<br>7/7/2016 | Services |
| **Relationship to debtor**<br>**Consultant** | | | |
| 30.3 **Laxmi Khanolkar**<br>**9200 Irvine Center Drive**<br>**Suite 200**<br>**Irvine, CA 92618** | $207,876.00 | 12/9/2015 -<br>7/14/2016 | Services |
| **Relationship to debtor**<br>**Director, Officer** | | | |
| 30.4 **Partha Khanolkar**<br>**1201 Indra Darshan Phase 2**<br>**West Maumbai**<br>**400053 India** | $120,481.00 | 11/18/2015 -<br>8/12/2016 | |
| **Relationship to debtor**<br>**Officer's Son** | | | |
| 30.5 **Wayne Noda**<br>**28072 Paseo Rincon**<br>**Mission Viejo, CA 92692** | $134,051.00 | 1/6/2016 -<br>5/31/2016 | Expense Reimbursement and Salary |
| **Relationship to debtor**<br>**Officer** | | | |
| 30.6 **Andrew Sharp**<br>**3205 S. Townsend Street**<br>**Santa Ana, CA 92704** | $23,058.00 | 12/2/2015 -<br>7/13/2016 | Services |
| **Relationship to debtor**<br>**Officer's Son** | | | |
| 30.7 **Brad Sharp**<br>**8 Japonica**<br>**Irvine, CA 92618** | $187,027.00 | 12/1/2015 -<br>5/31/2016 | Expense Reimbursement and Salary |
| **Relationship to debtor**<br>**Director, Officer** | | | |
| 30.8 **Baird Capital**<br>**Finance Department**<br>**777 East Wisconsin Avenue**<br>**Milwaukee, WI 53202** | $51,965.00 | 2/10/2016 -<br>5/17/2016 | Expense Reimbursement |
| **Relationship to debtor**<br>**Shareholder** | | | |

Debtor    Insightra Medical, Inc.                                           Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.9 ICDDISv (INR)<br>1201 Bldg. 15, Indra Darshan<br>Phase II<br>Near Millat Nagar Andheri<br>(West) Mumbai<br>400053 India | $27,413.00 | | Services |
| Relationship to debtor<br>Affiliate | | | |
| 30.10. IIPLv<br>Office No. 1, First Floor<br>Cosme Costas<br>Nucleus Goa, India | $648,251.00 | 11/17/2015 -<br>5/5/2016 | Service and Capital Investment |
| Relationship to debtor<br>Subsidiary | | | |
| 30.11. IMPLc<br>c-1057<br>BIMA Complex Steel Market<br>Kalamboli | $15,101.00 | 12/17/2015 | Service |
| Relationship to debtor<br>Affiliate | | | |
| 30.12. MPLv<br>Near Millat Nagar Anderi(w)<br>Mumbai 400 053 India | $31,266.00 | | |
| Relationship to debtor<br>Affiliate | | | |
| 30.13. Indical Medsurg<br>Office 1101<br>1st Floor Bima Complex<br>Steel Market Kalamboli,<br>Panvel, Raigad | $20,888.00 | 11/24/2015 -<br>12/29/2015 | Service |
| Relationship to debtor<br>Affiliate | | | |
| 30.14. Insightra Italia S.R.L.<br>Viale Europe<br>51/53 20093 Cikigbi Nibzese<br>(MI)<br>Italy | $65,182 | 1/19/2016 -<br>5/16/2016 | Services |
| Relationship to debtor<br>Subsidiary | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  Insightra Medical, Inc.                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.15. | Pinnacle MedTech<br>9631 Irvine Center Drive<br>Irvine, CA 92618 | $29,094.00 | 8/2016 | Service |
| | Relationship to debtor<br>Affiliate | | | |
| 30.16. | Sunmedical srl<br>Viale Europa 51/53 20093<br>Colono<br>Monzese, Italy | $89,867.00 | 11/24/2016 -<br>12/22/2015 | Service |
| | Relationship to debtor<br>Affiliate | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 27, 2017

/s/ Gayle Arnold                                    Gayle Arnold
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    CFO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes